**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:21-cv-01963-ACC-DCI

MICHELLE STRICKLAND,

  Plaintiff,

vs.

UNITED ASSET ACQUISITIONS, LLC,
and THE PORT HOLE ENTERPRISES, LLC,
d/b/a PORT HOLE BAR & GRILL

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

    1).   the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: [insert list]

        Plaintiff – Michelle Strickland
        Plaintiff's counsel – Joe M. Quick, Esq.
        Defendant – United Asset Acquisitions, LLC
        Defendant – The Port Hole Enterprises, LLC

    2).   the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: [insert list]

      3)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): [insert list]

      4)     the name of each victim (individual and corporate, including every person who may be entitled to restitution: [insert list]

         Plaintiff – Michelle Strickland

      5)     Check one of the following:

  _X_   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

     - or –

  _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follow: (explain).

Dated:  November 23, 2021

                              By:/S/Joe M. Quick, Esq._____
                              Joe M. Quick, Esq.
                              Bar Number 0883794
                              Attorney for Plaintiff
                              Law Offices of Joe M. Quick, Esq.
                              1224 S. Peninsula Drive #619
                              Daytona Beach, Florida 32118
                              Telephone: 386.212.3591
                              Email: JMQuickEsq@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of November 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                          By:/S/Joe M. Quick, Esq.
                                          Joe M. Quick, Esq.
                                          Bar Number 0883794
                                          Attorney for Plaintiff
                                          Law Offices of Joe M. Quick, Esq.
                                          1224 S. Peninsula Drive #619
                                          Daytona Beach, Florida 32118
                                          Telephone: 386.212.3591
                                          Email: JMQuickEsq@gmail.com